UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
DAMIAN VASQUEZ,

        Plaintiffs,

  -against-

PINE MANAGEMENT, INC., *et al.*,

        Defendants.
-------------------------------------------------

16cv9714

ORDER

WILLIAM H. PAULEY III, District Judge:

    This Court has reviewed the parties' Settlement Agreement and finds it to be fair and reasonable under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and mark this case as closed.

Dated: February 22, 2018
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.